IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Government, | § § | |
| VS. | § § | CRIMINAL NO. H-17-651-11 |
| DENIS AMAYA CABALLERO | § § § | |
| Defendant. | § | |

**United States Courts
Southern District of Texas
FILED**

**MAY 10 2018**

**David J. Bradley, Clerk of Court**

### CONSENT TO ADMINISTRATION OF GUILTY PLEA and
### FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION
### BY UNITED STATES MAGISTRATE JUDGE

I, DENIS AMAYA CABALLERO, the Defendant in this cause, with the advice and counsel of my attorney, **ROGELIO J. PEREZ**, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Nancy Johnson, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Gray H. Miller** United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Gray H. Miller.**

Signed on this 10th day of May, 2018, at Houston, Texas.

DENIS AMAYA CABALLERO
_____
Defendant's Name

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney