| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
v. § CRIMINAL ACTION H-17-651-11
§
DENIS AMAYA CABALLERO *in custody* §

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 18, a presentence report is ordered.

1. By **DECEMBER 7, 2018** the initial presentence report must be disclosed to counsel.

2. By **DECEMBER 21, 2018** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **JANUARY 3, 2019** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **JANUARY 10, 2019** at **10:00 a.m.** in Courtroom 9-D, 515 Rusk, Houston, Texas.

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on May 10, 2018.

Gray H. Miller
United States District Judge

Copies: United States Probation
    AUSA ~ Adam Goldman
    Defense Counsel ~ Rogelio Perez
    Defendant