CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
_12-4-18_ _[signature]_
BY DEPUTY_____, CLERK

**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter __yes__ ERO __J. Guajardo__
USPT/USPO __yes__
OPEN __10:18__ ADJOURN __10:29__
☐ OTHER DISTRICT ☐ DIVISION    THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance ☐ Counsel Determination Hearing ☐ Status Hearing
☑ Bond Hearing ☐ Identity ☐ Hearing Continued on_____
☐ Detention Hearing ☐ Preliminary Hearing ☐ Other_____

CASE NUMBER CR H- __17-651__

USA vs. __Denis Amaya Caballero__

AUSA __Adam Goldman__
__Rogelio Perez__

☐ Date of arrest_____
☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment/Complaint ☐ Information ☐ Superceding
Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☑ With ☐ without counsel

☐ Defendant requests appointed counsel.
☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender
☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow. ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☑ Defendant __50,000.00__ bond set ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☑ Surety signatures required as to Defendant(s)_____.
☑ Defendant(s)_____ advised of conditions of release
☑ BOND EXECUTED and Defendant __to be__ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____
☐ Bond revoked ☐ Bond reinstated ☐ Bond Continued
☐ Defendant _____ remanded to custody ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant_____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause ☐ Identity

☐ Defendant(s)_____ is/are scheduled on_____ at_____ for:
☐ Arraignment ☐ Counsel Determination Hearing ☐ Identity Hearing
☐ Detention Hearing ☐ Preliminary Hearing ☐ Final Revocation Hearing

(Deft. next setting is 1.10.19 @ 10 AM, Judge Miller).